UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NEIL,<br><br>        Plaintiff,<br><br>v.<br><br>LOANPAL, LLC; and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.: 3:20-cv-00657-JAH-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE (Doc. No. 34)** |

Pending before the Court is the Parties' joint motion to dismiss the entire case. *See* Doc. No. 34. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. The entire case is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

  **IT IS SO ORDERED**.

DATED: September 18, 2020

                _____
                JOHN A. HOUSTON
                United States District Judge